**AMERICANA LANES, INC., Appellant,**

v.

**BRUNSWICK CORPORATION, Appellee.**

In the Matter of Americana Lanes, Inc., Debtor.

No. 370, Docket 29363.

United States Court of Appeals
Second Circuit.

Argued March 9, 1965.

Decided April 6, 1965.

**UNITED STATES of America ex rel.
William McKENNA, Appellant,**

v.

**David N. MYERS, Superintendent State
Correctional Institution, Graterford,
Pennsylvania.**

No. 15042.

United States Court of Appeals
Third Circuit.

Argued March 16, 1965.

Decided April 2, 1965.

Bennett E. Aron, West Hempstead, N. Y., for appellant.

Frederick Newman, New York City (Blumberg, Singer, Ross & Gordon, New York City, on the brief), for appellee.

Before SMITH and MARSHALL, Circuit Judges, and DOOLING, District Judge.*

PER CURIAM:

Americana Lanes, Inc., debtor in possession, appeals from a judgment and order entered in the United States District Court for the Eastern District of New York, Joseph C. Zavatt, Chief Judge, reversing an order of a referee in bankruptcy denying a reclamation petition of Brunswick Corporation, conditional vendor of bowling alleys and equipment, for failure to file under Sec. 66–a of the New York Personal Property Law, McKinney's Consol.Laws, c. 41, an exten-

Alex Bonavitacola, Philadelphia, Pa., for appellant.

Gordon Gelfond, Philadelphia, Pa. (Morton E. Frankel, Asst. Dist. Atty., Joseph M. Smith, Asst. Dist .Atty., Chief, Appeals Division, F. Emmett Fitzpatrick, Jr., First Asst. Dist. Atty., James C. Crumlish, Jr., Dist. Atty., Philadelphia, Pa., on the brief), for appelle.

Before McLAUGHLIN, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

The judgment of the district court, 232 F.Supp. 65, denying the petition for habeas corpus in this case will be affirmed upon the excellent opinion of Judge Freedman in the district court on rehearing of the denial of said petition, 230 F.Supp. 278. Counsel representing appellant by assignment from this court has our deep thanks for his able, lawyerlike efforts on behalf of appellant.

* Sitting by designation.